

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Clifford Clark, Appellant

No. 06-19-00034-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 17F1212-102). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the phrase "Terms of Plea Bargain." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Clifford Clark, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 6, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk